UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ABC,

                Plaintiff(s)

            -against-

DEF,

                Defendant(s).
-----------------------------------------------------------X

24 mc 196 (JGK)

## ORDER

The Court, having temporarily sealed the file, hereby closes this action.

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 24, 2024